UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL JOHNSON** | **CIVIL ACTION** |
| versus | **NO. 14-543** |
| **N. BURL CAIN** | **SECTION: "E" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Writ of Mandamus" is **DENIED** and that this matter is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of July, 2015.

_____
**UNITED STATES DISTRICT JUDGE**